1  MELINDA HAAG (CABN 132612)
   United States Attorney

2  MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  KESLIE STEWART (CABN 184090)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile:  (510) 637-3724
       E-Mail:    keslie.stewart@usdoj.gov
8
9  Attorneys for Plaintiff

10

11
                     UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13
                             OAKLAND VENUE
14

15
   UNITED STATES OF AMERICA,        )    No.  4-12-71228 MAG
16                                  )
       Plaintiff,                   )    STIPULATED MOTION AND
17                                  )    [PROPOSED] ORDER CONTINUING
   vs.                              )    PRELIMINARY HEARING OR
18                                  )    ARRAIGNMENT DATE AND WAIVING
   GREGORY HERMAN JONES,            )    TIME UNDER SPEEDY TRIAL ACT TO
19                                  )    JANUARY 25, 2013 at 9:30 a.m.
       Defendants.                  )
20  _____ )

21

22     With the agreement of the parties, and with the consent of the defendant, the Court enters

23  this order pursuant to Federal Rule of Criminal Procedure 5.1(d) continuing the arraignment or

24  preliminary hearing date for Defendant Gregory Herman Jones to January 25, 2013 at 9:30 a.m.

25  before the Honorable Kandis A. Westmore.  Counsel for the defendant believes that postponing

26  the preliminary hearing is in her client's best interest and that it is not in her client's best interest

27  for the United States to present an indictment before the current December 10, 2012 preliminary

28  hearing date.  The parties agree that –  taking into account the public interest in prompt

    disposition of criminal cases – good cause exists for this extension.

Defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161.  The parties agree and stipulate that defense counsel needs time to review discovery and that an exclusion of time under the Speedy Trial Act for effective preparation of counsel is warranted pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).  Undersigned defense counsel represents that she has spoken with her client, and that Mr. Herman agrees to the continuance and to time being tolled and waived as requested.

**IT IS SO STIPULATED**.

DATED: December 6, 2012              _____/s/_____
                                     JOYCE LEAVITT
                                     Attorney for Defendant


DATED: December 6, 2012              _____/s/_____
                                     KESLIE STEWART
                                     Assistant United States Attorney


**IT IS SO ORDERED.**

DATED: 12/7/12                       _____
                                     KANDIS A. WESTMORE
                                     United States Magistrate Judge